

**IN THE**
**TENTH COURT OF APPEALS**

_____

## No. 10-17-00080-CR

## IN RE BONNIE ALLEN THOMAS

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Relator's Petition for Writ of Mandamus, Petition for Writ of Prohibition, and

Request for Emergency Relief, filed on March 13, 2017, are denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petitions denied
Request denied
Opinion delivered and filed March 15, 2017
Do not publish
[OT06]

